UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANDREW S. QUIJANO,

    Plaintiff,

v.                                Case No. 5:17cv200/MCR/CJK

JORGE LABARGA, in his official capacity
as Chief Judge of the Florida Supreme Court,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This prisoner case seeking a declaratory judgment under 28 U.S.C. § 2201, is before the court upon referral from the clerk. On July 31, 2017, the court ordered plaintiff to pay the $400.00 filing fee or file a complete application to proceed *in forma pauperis*, within 30 days. (Doc. 2). Plaintiff was warned that failure to comply with the order would result in dismissal of this case. To date, plaintiff has not complied with the order and has not responded to the September 14, 2017, order (doc. 3) requiring him to show cause, within 14 days, why this case should not be dismissed for failure to comply with an order of the court.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 13th day of October, 2017.

*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.